FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

**Mar 02, 2026**

for the
Eastern District of Washington

SEAN F. MCAVOY, CLERK

ANGELIA B.

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| FRANK BISIGNANO, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
|  | ) |

Civil Action No.   2:25-CV-00128-MKD

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Court Order at ECF No. 17, Plaintiff's Brief, ECF No. 8, is GRANTED and Defendant's Brief, ECF No. 14, is DENIED. This matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke

Date:   3/2/2026

_CLERK OF COURT_

s/Sean F. McAvoy

_Signature of Clerk_